UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| **CHRISTINE WEIST,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | 3:23CV180-PPS/MGG |
| ) | |
| **HARTFORD LIFE AND ACCIDENT** ) | |
| **INSURANCE COMPANY,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

The parties' joint Stipulation of Dismissal [DE 22] is SO ORDERED. This action is DISMISSED WITH PREJUDICE, each party to bear its own costs and attorney's fees.

By the stipulated dismissal, the case is CLOSED.

**SO ORDERED**.

ENTERED: September 11, 2023.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT